UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY TUCKER,

                    Plaintiff,

-v-

WINGSTOP RESTAURANTS, INC.,
                    Defendant.

18-CV-5136 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

    All filing deadlines and conference dates are adjourned *sine die*.

    Defendant's motion for an extension of time is hereby DENIED as moot. The Clerk of Court is directed to close the motion at Docket Number 7.

    SO ORDERED.

Dated: August 13, 2018
       New York, New York

                                            J. PAUL OETKEN
                                          United States District Judge