UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY TUCKER, on behalf of himself and all
others similarly situated,

                Plaintiffs,

         -against-

WINGSTOP RESTAURANTS, INC.,

                Defendant.

Case No.   1:18-cv-05136-JPO

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
         September 17, 2018

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
joseph@cml.legal
*Attorney for Plaintiff*

By: _____
Joseph A. Piesco, Esq.
DLA Piper LLP
1251 Avenue of the Americas
New York, New York 10020
Joseph.piesco@dlapiper.com
*Attorney for Defendant*

**So ordered.**
**9/17/18**

_____
J. PAUL OETKEN
United States District Judge